## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO MARTINEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>SIEMBRA L.L.C., d/b/a ENZO'S PIZZERIA and ROBERTO COLLADO,<br><br>　　　　　　　　Defendants. | Case No: 21-cv-05585  (RPK)(PK)<br><br>**[PROPOSED]**<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Siembra L.L.C. d/b/a Enzo's Pizzeria and Roberto Collado (collectively, "Defendants"), having offered to allow Alejandro Martinez ("Plaintiff") to take a judgment against them, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), with respect to Plaintiff's claims for relief, damages, fees and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 30, 2022 and filed as Exhibit A to Docket Number 12;

**WHEREAS**, on February 3, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 12);

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Alejandro Martinez, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 30, 2022 and filed as Exhibit A to Docket Number 12.

Dated: February 7, 2022
       Brooklyn, New York

Brenna B. Mahoney, Clerk of Court

By: _/s/ Jalitza Poveda_
       Deputy Clerk